# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:

**Brock Harrison Flagstad,**
  Debtor.

Case No.:   26–20197–MJK

Judge:   Michele J Kim

Chapter:   7

## NOTICE OF DEFICIENCY

Brock Harrison Flagstad, 114 E 10th Street, PO Box 30065, Sea Island, GA 31561

The pleading or document, Amended Petititon (ECF No. 12), which you recently filed in the above captioned case is deficient for the reason(s) indicated:

    * Certificate of Service omitted or unsigned.


    *The Chapter 7 Trustee must be served with the Amended Petition. Please prepare and file a Certificate of Service stating same.

The pleading or document will be held in abeyance. If the deficiency indicated above is not cured, **on or before July 2, 2026,** the matter may be stricken, dismissed or denied.

*Dana M. Wilson, Clerk*
United States Bankruptcy Court
801 Gloucester St, Rm 314
Brunswick, GA 31520

Dated: **June 25, 2026**
*B–57[08/25] TGG*