FILED - US Bankruptcy Court - BWK
2026 JUN 29 PM2:29

# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In the matter of:

**Brock Harrison Flagstad**

Case No.: __26 20197__

Chapter: __7__

*Debtor(s)*

## TRANSMITTAL OF PAY ADVICES

Attached to this transmittal are copies of all payment advices (pay stubs), or other evidence of payment, received by the debtor(s) from employer(s) within sixty days before the filing of the petition.

1.  Debtor 1      Brock Harrison Flagstad _____

    Employer      _____

    Dates of Pay Advices: From _____  To _____

The debtor did not receive any payment advices, or other evidence of payment, from an employer within sixty days before the filing of the petition because:

☐ Debtor 1 was not employed.
☐ Debtor 1's source of income was from Social Security.
☒ Debtor 1 was self-employed.

2.  Debtor 2 (Spouse) _____

    Employer      _____

    Dates of Pay Advices: From _____  To _____

The joint debtor did not receive any payment advices, or other evidence of payment, from an employer within sixty days before the filing of the petition because:

☒ Debtor 2 was not employed.
☐ Debtor 2's source of income was from Social Security.
☐ Debtor 2 was self-employed.

**Important Notice of Redaction Responsibility:** Any attached documents must be redacted in compliance with Fed. R. Bankr. P. 9037. Only include the last four digits of a debtor's social security number or individual taxpayer identification number.

| | | |
|---|---|---|
| _____ | _____ | _____ 06/29/2026 |
| Signature of Attorney for Debtor(s) | Date | Signature of Debtor 1      Date |
| _____ | _____ | _____ _____ |
| Name of Attorney | Date | Signature of Debtor 2 (if applicable)      Date |

Tran_Pay_Adv [Rev. 12/17]